

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 30, 2024

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSEMENT.
The Court will hold a Change of Plea Hearing on October 8, 2024 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

10/2/2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:  *United States v. Brian Cordasco*, 24 Cr. 537 (LJL)

Dear Judge Liman:

The Government and counsel for defendant Brian Cordasco ("the defendant") have been engaged in plea negotiations.  The Government has extended a plea offer to the defendant under which the defendant would plead guilty to Count One of the above-referenced Indictment.  The Government understands based on its discussions with defense counsel that the defendant intends to accept that plea offer.  Subject to the Court's availability, the parties respectfully request that a change of plea hearing be scheduled on October 9 or 10, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/ Jessica Greenwood_____
Jessica Greenwood
Matthew J. King
Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1090/2384/2337

cc:   David Stern, Esq.