## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN  
JEREMY SCHNEIDER  
ROBERT A. SOLOWAY  
DAVID STERN  

RACHEL PERILLO

Tel: (212) 571-5500  
Fax: (212) 571-5507

January 10, 2025

Hon. Lewis J. Liman  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

Re: United States v. Brian Cordasco  
24 Cr. 537(LJL)

Dear Judge Liman:

    I am the attorney for Mr. Cordasco in the above referenced matter. I write, with the consent of the AUSA handling this matter, Daniel Wolf, seeking to adjourn Mr. Cordasco's, sentencing, which is presently scheduled for February 19, 2025, to a date convenient to the Court sometime in late April. I make this request because of my trial schedule and to allow me to collect additional information regarding Mr. Cordasco to provide to the Court in aid of sentencing.

    If you have any questions regarding this application, please contact my office.

Respectfully submitted,

*David Stern*

David Stern