**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN
———
RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSEMENT.**
**Permission Granted.**

2/5/2025

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

February 5, 2025

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re: United States v. Brian Cordasco
              24 Cr. 537(LJL)

Dear Judge Liman:

    I am the attorney for Mr. Cordasco in the above referenced matter. I write seeking permission for Mr. Cordasco to travel to Philadelphia from February 14, 2025 until February 16, 2025 to attend his daughters cheerleading competition. Mr. Cordasco will drive with his wife and daughter and will stay at the Home2suites by Hilton which is attached to the convention center where the competition will take place. I have consulted with Mr. Cordasco's pre-trial officer, Karina Vilefort, who has no objection to Mr. Cordasco attending the competition. I have also spoken with AUSA Wolfe who informs me that he defers to the position of pre-trial

    If you have any questions regarding this application, please contact my office.

                                      Respectfully submitted,

                                      *David Stern*
                                      David Stern