

**U.S. Department of Justice**

*United States Attorney Southern
District of New York*

*The Jacob K. Javits Building
26 Federal Plaza, 38th Floor
New York, New York 10278*

February 12, 2025

**BY ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Streeet
New York, New York 10007

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    *United States v. Henry Santiago Jr.,* **24 Cr. 538 (ALC)**
> *United States v. Anthony Saccavino, et ano.,* **24 Cr. 537 (LJL)**

Your Honors:

The Government respectfully submits this letter (a) to notify the Courts of a factual overlap among the two above-referenced cases relating to defendant Henry Santiago, Jr., so that the Courts can determine if these two cases should be heard by the same Judge, and (b) to request that the Probation Office be directed to prepare a Presentence Report concerning Santiago and that Santiago then be sentenced.

In *United States v. Henry Santiago, Jr.*, 24 Cr. 538 (ALC), which is assigned to Judge Carter, on September 10, 2024, Santiago pled guilty pursuant to a cooperation agreement to a four-count information charging him with: (1) conspiracy to commit bribery of an agent of an organization receiving federal funds, from in or about 2021, through in or about 2023, in violation of 18 U.S.C. §§ 371 and 666(a)(2) (Count One); (2) bribery of an agent of an organization receiving federal funds, from in or about 2021, through in or about 2023, in violation of 18 U.S.C. §§ 666(a)(2) and 2 (Count Two); (3) conspiracy to commit honest services wire fraud, from in or about 2021, through in or about 2023, in violation of 18 U.S.C. § 1349 (Count Three); and (4) honest services wire fraud, from in or about 2021, through in or about 2023, in violation of 18 U.S.C. §§ 1343, 1346, and 2 (Count Four). The next control date in that case was yesterday, February 11, 2025.

Santiago's cooperation has focused largely on the investigation underlying, and prosecution of defendants in, *United States v. Anthony Saccavino, et ano.*, 24 Cr. 537 (LJL). That case is assigned to Judge Liman and charged Anthony Saccavino and Brian Cordasco, former chiefs of the New York City Fire Department's Bureau of Fire Prevention ("BFP"), with offenses relating to a bribery scheme pursuant to which Santiago paid bribes to Saccavino and Cordasco in exchange for providing preferential treatment to certain individuals and companies with matters pending before the BFP.  Both Cordasco and Saccavino

1

have since pled guilty to Count One of the Indictment in that case and are awaiting sentencing.

Although Santiago's cooperation remains ongoing with respect to any factual disputes that may arise in the sentencings in the *Saccavino* case, the Government understands that Santiago will consent to a condition of supervised release requiring continued cooperation insofar as his cooperation might be needed in the future. The Government therefore believes it would be appropriate for the Probation Office to be directed to prepare a presentence report for Santiago, and to proceed with sentencing for Santiago.

The defendant—through counsel, Joe Benfante, Esq.—consents to all the requests set forth above.

Respectfully submitted,

DANIELLE R. SASSOON,
United States Attorney

By:            */s/*
Jessica Greenwood
Matthew J. King
Daniel H. Wolf
(212) 637-1090 / 2384 / 2337
Assistant United States Attorneys
Southern District of New York

cc: Joe Benfante, Esq.

2