**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN        Tel: (212) 571-5500
JEREMY SCHNEIDER            Fax: (212) 571-5507
ROBERT A. SOLOWAY
DAVID STERN
_____

RACHEL PERILLO

> **REQUEST GRANTED.**
> The Sentencing hearing previously set for March 24, 2025 is rescheduled to March 31, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Defendant's sentencing submission is due March 17, 2025. The Government's sentencing submission is due March 24, 2025.
>
> 3/7/2025
> SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

March 7, 2025

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: United States v. Brian Cordasco
          24 Cr. 537(LJL)

Dear Judge Liman:

    I am the attorney for Mr. Cordasco in the above referenced matter. I write, with the consent of the AUSA handling this matter, Daniel Wolf, seeking an extension of one week to file Mr. Cordasco's, sentencing submission, which is presently due on March 10, 2025. We consent to a corresponding one week extension for the government to file their sentencing submission. Finally, we seek an approximate one week adjournment of the sentencing date to a date convenient to the Court to allow the court to review the parties' submissions. I make this request because we continue to receive letters in support of Mr. Cordasco which we would like to make part of our submission.

    If you have any questions regarding this application, please contact my office.

                                      Respectfully submitted,

                                      *David Stern*

                                      David Stern