

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 27, 2025

**REQUEST GRANTED.**
**The Clerk of Court is respectfully directed to remove the document and entry at Dkt. No. 48 in its entirety from the docket.**

3/27/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Brian Cordasco*, 24 Cr. 537 (LJL)

Dear Judge Liman:

The Government respectfully requests that Dkt. No. 48, which is a draft version of the Government's sentencing submission for defendant Brian Cordasco that the Government filed inadvertently, be removed from the docket. Defense counsel for Mr. Cordasco has no objection to this request.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for
the Southern District of New York

By:   /s *Jessica Greenwood*
Jessica Greenwood
Matthew King
Daniel H. Wolf
(212) 637-1090/2384/2337
Assistant United States Attorneys
Southern District of New York

cc:  Counsel of Record (via ECF)