UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
-v- : 24-CR-537-2 (LJL)
:
BRIAN CORDASCO, : <u>ORDER</u>
:
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The sentencing in this case is scheduled for March 31, 2025.  The Government is respectfully requested to submit a letter no later than March 28, 2025, identifying the sentences imposed by judges of this District in other cases involving convictions for crimes involving public corruption, with pertinent information including the crime of conviction, the amount of bribes received, the position held by the defendant, and the alleged length of the scheme.

    SO ORDERED.

Dated: March 27, 2025
       New York, New York

                                          LEWIS J. LIMAN
                                       United States District Judge